**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: THE ESTATE OF LEONARD J. MOSKOWITZ, DECEASED | : No. 649 MAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: MICHAEL B. FEIN AND BERNICE FEIN MOSKOWITZ | : the Order of the Superior Court |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.